## STATE OF CONNECTICUT *v.* MARTIN FRANCIS
## (AC 23140)

Dranginis, Bishop and Hennessy, Js.

Argued February 24—officially released March 18, 2003

Per Curiam. The judgment is affirmed.

## BASHA SZYMANSKA *v.* PLANNING AND ZONING
## COMMISSION OF THE TOWN
## OF RIDGEFIELD
## (AC 22589)

Lavery, C. J., and Bishop and Peters, Js.

Argued February 24—officially released March 18, 2003

Per Curiam. Due to the approval and recording of a subsequent subdivision application, this appeal from the approval of a prior subdivision application is moot.

The appeal is dismissed.